John B. Sganga, Jr. (SBN 116211)
john.sganga@knobbe.com
Lynda Zadra-Symes (SBN 156511)
lynda.zadra-symes@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
Jason A. Champion (SBN 259207)
jason.champion@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>RLED, LLC a California corporation,<br><br>  Defendant. | Case No. 5:14-cv-02156-JGB (KKx)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Monster Energy Company ("MEC") hereby dismisses without prejudice the present action brought against Defendant RLED, LLC ("RLED"). The dismissal is made pursuant to a confidential settlement agreement reached between MEC and RLED. The parties agree that the Court shall retain jurisdiction over any action to enforce the settlement agreement between the parties. A proposed order is being submitted herewith.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 9, 2015     By: */s/ Matthew S. Bellinger*
                                            John B. Sganga, Jr.
                                            Lynda J. Zadra-Symes
                                            Matthew S. Bellinger
                                            Jason A. Champion

                                            Attorneys for Plaintiff,
                                            MONSTER ENERGY COMPANY

19760991
011615