John B. Sganga, Jr. (SBN 116211)
john.sganga@knobbe.com
Lynda Zadra-Symes (SBN 156511)
lynda.zadra-symes@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
Jason A. Champion (SBN 259207)
jason.champion@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>RLED, LLC a California corporation,<br><br>    Defendant. | Case No. 5:14-cv-02156-JGB (KKx)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

1 Pursuant to Fed. R. Civ. P. 41(a)(2), the Court hereby ORDERS that this
2 case is dismissed without prejudice. The Court shall retain jurisdiction over any
3 action to enforce the settlement agreement between Plaintiff Monster Energy
4 Company and Defendant RLED, LLC reached in this case.

**IT IS SO ORDERED.**

Dated: October 9, 2015

Hon. Jesus G. Bernal
United States District Judge

19761261
011615

- 1 -